UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA DOE, a parent and legal guardian for M.D., a minor;<br><br>       Plaintiff,<br>   v.<br><br>GRAYS HARBOR COUNTY, a municipality; GERALD MURPHY, GREG REYNVAAN, and JOHN and JANE DOES, in their individual capacity ,<br><br>       Defendants. | No. 3:17-cv-05186-RBL<br><br>**ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF UNDER 42 U.S.C. § 1983** |

COME NOW Defendants Grays Harbor County, Gerald Murphy, Greg Reynvaan, and John and Jane Does (collectively, "Defendants") and hereby answer and respond to the Complaint for Injunctive and Declaratory Relief Under 42 U.S.C. § 1983 ("Complaint") filed by plaintiff Theresa Doe, parent and legal guardian for M.D., a minor (the "Plaintiff") as follows:

## I. <u>NATURE OF THE CASE</u>

1.1    Defendants answer that M.D. is age 16. Defendants deny the remaining allegations contained in Paragraph 1.1.

1.2    To the extent Paragraph 1.2 of the Plaintiff's Complaint is intended to state a legal conclusion, no response is required.

ANSWER TO COMPLAINT FOR DAMAGES- 1

No. 3:17-cv-05186-RBL

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

1.3    To the extent Paragraph 1.3 of the Plaintiff's Complaint is intended to state a legal conclusion, no response is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 1.3.

1.4    Deny.

1.5    Deny.

1.6    Deny.

1.7    Defendants answer that Judge Edwards notified Mr. Reynvaan and Mr. Murphy by letter dated April 1, 2016 that they were being reprimanded and that they were subsequently suspended without pay for 7 days and 30 days, respectively.  Defendants further answer that the document referenced in Paragraph 1.7 speaks for itself, and no answer is required.  Except as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 1.7.

1.8    Defendants answer that, following the prosecuting attorney's request that the Court reconsider M.D.'s detention status, M.D. was released from the Grays Harbor Juvenile Detention Center on April 27, 2016.  Except as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 1.8.

1.9    To the extent Paragraph 1.9 of the Plaintiff's Complaint is intended to state a legal conclusion, no response is required.  To the extent an answer is required, Defendants answer that Theresa Doe, identifying herself as parent and legal guardian of M.D., has filed this lawsuit against Defendants.   Except as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 1.9.

## II.  PARTIES

2.1    Defendants presently lack knowledge sufficient to form a belief as to the truth of

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

the allegations contained in Paragraph 2.1 and therefore deny them.

2.2    To the extent Paragraph 2.2 is intended to state a legal conclusion, no response is required.    To the extent an answer is required, Defendants answer that Defendant Greg Reynvaan was the executive director of the Grays Harbor Juvenile Center at all material times.

2.3     To the extent Paragraph 2.3 is intended to state a legal conclusion, no response is required.  To the extent an answer is required, answer that Defendant Gerald Murphy was the Detention Director at all material times.

2.4    Defendants admit the allegations in Paragraph 2.4.

2.5    To the extent Paragraph 2.5 is intended to state a legal conclusion, no response is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 2.5.

### III.    JURISDICTION AND VENUE

3.1    Defendants admit the allegations in Paragraph 3.1.

3.2    Defendants admit the allegations in Paragraph 3.2.

### IV.    FACTUAL ALLEGATIONS

**4.1**

4.1.1    Defendants answer that the Grays Harbor County Juvenile Detention Center Policy Manual describes policies and procedures.  Except as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 4.1.1.

4.1.2    Defendants answer that the document referenced in Paragraph 4.1.2 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.2.

ANSWER TO COMPLAINT FOR
DAMAGES- 3

No. 3:17-cv-05186-RBL

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.1.3    Defendants answer that the document referenced in Paragraph 4.1.3 describing "Minor/Medium Violations" speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.3.

4.1.4    Defendants answer that the document referenced in Paragraph 4.1.4 describing sanctions for "minor/medium violations" speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.4.

4.1.5    Defendants answer that the document referenced in Paragraph 4.1.5 describing "Major Rule Violations" speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.5.

4.1.6    Defendants answer that the document referenced in Paragraph 4.1.6 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.6.

4.1.7    Defendants answer that the document referenced in Paragraph 4.1.7 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.7.

4.1.8    Defendants answer that the document referenced in Paragraph 4.1.8 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.8.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.1.9    Defendants answer that the document referenced in Paragraph 4.1.9 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.9.

4.1.10   Defendants answer that the document referenced in Paragraph 4.1.10 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.10.

4.1.11   Defendants answer that the document referenced in Paragraph 4.1.11 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.11.

4.1.12   Defendants answer that the document referenced in Paragraph 4.1.12 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.12.

4.1.13   Defendants answer that the document referenced in Paragraph 4.1.13 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.13.

4.1.14   Defendants answer that the document referenced in Paragraph 4.1.14 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.14.

4.1.15   Defendants answer that the document referenced in Paragraph 4.1.15 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.15.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.1.16  Defendants answer that the document referenced in Paragraph 4.1.16 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.16.

4.1.17  Defendants answer that the document referenced in Paragraph 4.1.17 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.1.17.

4.1.18  To the extent the allegations in Paragraph 4.1.18 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.1.18.

4.1.19  To the extent the allegations in Paragraph 4.1.19 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.1.19.

4.1.20  To the extent the allegations in Paragraph 4.1.20 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.1.20.

**4.2**

4.2.1  Defendants answer that M.D. has been detained at Grays Harbor County Juvenile Detention Center periodically since 2013 for a number of reasons including At Risk Youth Petitions, probation violations, residential burglary, and theft.  Defendants answer that the ordered duration for each period of detention was usually 30 days and that M.D. typically served fewer than 30 days.  Defendants answer further than on two occasions, M.D. was ordered to serve longer periods, and that M.D. served fewer days than ordered on both occasions. Except

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.1.

4.2.2   Defendants answer that M.D. was released from the Grays Harbor County Juvenile Detention Center on April 27, 2016.

4.2.3   To the extent the allegations in Paragraph 4.2.3 state a legal conclusion, no answer is required.   To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.3.

4.2.4   Defendants answer that the document referenced in Paragraph 4.2.4 speaks for itself, and no answer is required.   To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.4.

4.2.5   To the extent the allegations in Paragraph 4.2.5 state a legal conclusion, no answer is required.   Defendants further answer that the documents referenced in Paragraph 4.2.5 speak for themselves, and no answer is required.   To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.5.

4.2.6   To the extent the allegations in Paragraph 4.2.6 state a legal conclusion, no answer is required.   Defendants further answer that the document referenced in Paragraph 4.2.6 speaks for itself, and no answer is required.   To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.6.

4.2.7   Defendants answer that the document referenced in Paragraph 4.2.7 speaks for itself, and no answer is required.   To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.7.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.8    To the extent the allegations in Paragraph 4.2.8 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.8 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.8.

4.2.9    To the extent the allegations in Paragraph 4.2.9 state a legal conclusion, no answer is required.  Defendants further answer that the document referenced in Paragraph 4.2.9 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.9.

4.2.10   Defendants answer that the document referenced in Paragraph 4.2.10 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.10.

4.2.11   To the extent the allegations in Paragraph 4.2.11 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.11 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.11.

4.2.12   To the extent the allegations in Paragraph 4.2.12 state a legal conclusion, no answer is required.  Defendants further answer that the document referenced in Paragraph 4.2.12 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.12.

4.2.13   Defendants answer that the document referenced in Paragraph 4.2.13 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.13.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.14 To the extent the allegations in Paragraph 4.2.14 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.14 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.14.

4.2.15 Defendants answer that the document referenced in Paragraph 4.2.15 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.15.

4.2.16 To the extent the allegations in Paragraph 4.2.16 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.16 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.16.

4.2.17 Defendants answer that the document referenced in Paragraph 4.2.17 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.17.

4.2.18 To the extent the allegations in Paragraph 4.2.18 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.18 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.18.

4.2.19 To the extent the allegations in Paragraph 4.2.18 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.19 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.19.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.20  To the extent the allegations in Paragraph 4.2.20 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.20 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.20.

4.2.21  Defendants answer that the document referenced in Paragraph 4.2.21 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.21.

4.2.22  To the extent the allegations in Paragraph 4.2.22 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.22 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.22.

4.2.23  To the extent the allegations in Paragraph 4.2.23 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.23 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.23.

4.2.24  Defendants answer that the document referenced in Paragraph 4.2.24 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.24.

4.2.25  To the extent the allegations in Paragraph 4.2.25 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.25 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.25.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.26 To the extent the allegations in Paragraph 4.2.26 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.26 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.26.

4.2.27 Defendants answer that the document referenced in Paragraph 4.2.27 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.27.

4.2.28 To the extent the allegations in Paragraph 4.2.28 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.28 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.28.

4.2.29 To the extent the allegations in Paragraph 4.2.29 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.29 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.29.

4.2.30 Defendants answer that the document referenced in Paragraph 4.2.30 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.30.

4.2.31 To the extent the allegations in Paragraph 4.2.31 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.31 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.31.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.32  To the extent the allegations in Paragraph 4.2.32 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.32 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.32.

4.2.33  Deny.

4.2.34  To the extent the allegations in Paragraph 4.2.34 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.34 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.34.

4.2.35  Deny.

4.2.36  To the extent the allegations in Paragraph 4.2.36 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.36 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.36.

4.2.37  To the extent the allegations in Paragraph 4.2.37 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.37 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.37.

4.2.38  Defendants answer that the document referenced in Paragraph 4.2.38 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.38.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.39 To the extent the allegations in Paragraph 4.2.39 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.39 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.39.

4.2.40 Defendants answer that the document referenced in Paragraph 4.2.40 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.40.

4.2.41 To the extent the allegations in Paragraph 4.2.41 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.41 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.41.

4.2.42 Defendants answer that the document referenced in Paragraph 4.2.42 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.42.

4.2.43 To the extent the allegations in Paragraph 4.2.43 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.43 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.43.

4.2.44 To the extent the allegations in Paragraph 4.2.44 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.44 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.44.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.45  Defendants answer that the document referenced in Paragraph 4.2.45 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.45.

4.2.46  To the extent the allegations in Paragraph 4.2.46 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.46 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.46.

4.2.47  To the extent the allegations in Paragraph 4.2.47 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.47 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.47.

4.2.48  Defendants answer that the document referenced in Paragraph 4.2.48 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.48.

4.2.49  To the extent the allegations in Paragraph 4.2.49 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.49 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.49.

4.2.50  To the extent the allegations in Paragraph 4.2.50 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.50 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.50.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.51 Defendants answer that the document referenced in Paragraph 4.2.51 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.51.

4.2.52 To the extent the allegations in Paragraph 4.2.52 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.52 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.52.

4.2.53 To the extent the allegations in Paragraph 4.2.53 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.53 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.53.

4.2.54 Defendants answer that the document referenced in Paragraph 4.2.54 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.54.

4.2.55 To the extent the allegations in Paragraph 4.2.55 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.55 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.55.

4.2.56 To the extent the allegations in Paragraph 4.2.56 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.56 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.56.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.57 Defendants answer that the document referenced in Paragraph 4.2.57 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.57.

4.2.58 To the extent the allegations in Paragraph 4.2.58 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.58 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.58.

4.2.59 To the extent the allegations in Paragraph 4.2.59 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.59 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.59.

4.2.60 Defendants answer that the document referenced in Paragraph 4.2.60 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.60.

4.2.61 To the extent the allegations in Paragraph 4.2.61 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.61 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.61.

4.2.62 To the extent the allegations in Paragraph 4.2.62 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.62 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.62.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.63 Defendants answer that the document referenced in Paragraph 4.2.63 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.63.

4.2.64 To the extent the allegations in Paragraph 4.2.64 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.64 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.64.

4.2.65 To the extent the allegations in Paragraph 4.2.65 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.65 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.65.

4.2.66 Defendants answer that the document referenced in Paragraph 4.2.66 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.66.

4.2.67 To the extent the allegations in Paragraph 4.2.67 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.67 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.67.

4.2.68 To the extent the allegations in Paragraph 4.2.68 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.68 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.68.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.69  Defendants answer that the document referenced in Paragraph 4.2.69 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.69.

4.2.70  To the extent the allegations in Paragraph 4.2.70 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.70 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.70.

4.2.71  To the extent the allegations in Paragraph 4.2.71 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.71 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.71.

4.2.72  Defendants answer that the document referenced in Paragraph 4.2.72 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.72.

4.2.73  To the extent the allegations in Paragraph 4.2.73 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.73 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.73.

4.2.74  To the extent the allegations in Paragraph 4.2.74 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.74 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.74.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.75 Defendants answer that the document referenced in Paragraph 4.2.75 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.75.

4.2.76 To the extent the allegations in Paragraph 4.2.76 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.76 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.76.

4.2.77 To the extent the allegations in Paragraph 4.2.77 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.77 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.77.

4.2.78 Defendants answer that the document referenced in Paragraph 4.2.78 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.78.

4.2.79 To the extent the allegations in Paragraph 4.2.79 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.79 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.79.

4.2.80 To the extent the allegations in Paragraph 4.2.80 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.80 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.80.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.81  Defendants answer that the document referenced in Paragraph 4.2.81 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.81.

4.2.82  To the extent the allegations in Paragraph 4.2.82 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.82 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.82.

4.2.83  To the extent the allegations in Paragraph 4.2.83 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.83 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.83.

4.2.84  Defendants answer that the document referenced in Paragraph 4.2.84 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.84.

4.2.85  To the extent the allegations in Paragraph 4.2.85 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.85 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.85.

4.2.86  To the extent the allegations in Paragraph 4.2.86 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.86 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.86.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.87  Defendants answer that the document referenced in Paragraph 4.2.87 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.87.

4.2.88  To the extent the allegations in Paragraph 4.2.88 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.88 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.88.

4.2.89  To the extent the allegations in Paragraph 4.2.89 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.89 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.89.

4.2.90  Defendants answer that the document referenced in Paragraph 4.2.90 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.90.

4.2.91  To the extent the allegations in Paragraph 4.2.91 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.91 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.91.

4.2.92  To the extent the allegations in Paragraph 4.2.92 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.92 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.92.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.93  Defendants answer that the document referenced in Paragraph 4.2.93 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.93.

4.2.94  To the extent the allegations in Paragraph 4.2.94 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.94 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.94.

4.2.95  To the extent the allegations in Paragraph 4.2.95 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.95 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.95.

4.2.96  Defendants answer that the document referenced in Paragraph 4.2.96 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.96.

4.2.97  To the extent the allegations in Paragraph 4.2.97 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.97 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.97.

4.2.98  To the extent the allegations in Paragraph 4.2.98 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.98 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.98.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.99   Defendants answer that the document referenced in Paragraph 4.2.99 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.99.

4.2.100     To the extent the allegations in Paragraph 4.2.100 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.100 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.100.

4.2.101     To the extent the allegations in Paragraph 4.2.101 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.101 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.101.

4.2.102     Defendants answer that the document referenced in Paragraph 4.2.102 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.102.

4.2.103     To the extent the allegations in Paragraph 4.2.103 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.103 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.103.

4.2.104     To the extent the allegations in Paragraph 4.2.104 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.104 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.104.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.105    Defendants answer that the document referenced in Paragraph 4.2.105 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.105.

4.2.106    To the extent the allegations in Paragraph 4.2.106 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.106 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.106.

4.2.107    To the extent the allegations in Paragraph 4.2.107 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.107 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.107.

4.2.108    Defendants answer that the document referenced in Paragraph 4.2.108 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.108.

4.2.109    To the extent the allegations in Paragraph 4.2.109 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.109 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.109.

4.2.110    To the extent the allegations in Paragraph 4.2.110 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.110 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.110.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.111      Defendants answer that the document referenced in Paragraph 4.2.111 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.111.

4.2.112      To the extent the allegations in Paragraph 4.2.112 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.112 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.112.

4.2.113      To the extent the allegations in Paragraph 4.2.113 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.113 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.113.

4.2.114      Defendants answer that the document referenced in Paragraph 4.2.114 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.114.

4.2.115      To the extent the allegations in Paragraph 4.2.115 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.115 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.115.

4.2.116      To the extent the allegations in Paragraph 4.2.116 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.116 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.116.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.117    Defendants answer that the document referenced in Paragraph 4.2.117 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.117.

4.2.118    To the extent the allegations in Paragraph 4.2.118 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.118 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.118.

4.2.119    Defendants answer that the document referenced in Paragraph 4.2.119 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.119.

4.2.120    To the extent the allegations in Paragraph 4.2.120 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.120 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.120.

4.2.121    To the extent the allegations in Paragraph 4.2.121 state a legal conclusion, no answer is required.  Defendants further answer that the documents referenced in Paragraph 4.2.121 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.121.

4.2.122    Defendants answer that the document referenced in Paragraph 4.2.122 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.122.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.2.123    To the extent the allegations in Paragraph 4.2.123 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.123 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.123.

4.2.124    To the extent the allegations in Paragraph 4.2.124 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.124 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.124.

4.2.125    Defendants answer that the document referenced in Paragraph 4.2.125 speaks for itself, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.2.125.

4.2.126    To the extent the allegations in Paragraph 4.2.126 state a legal conclusion, no answer is required. Defendants further answer that the documents referenced in Paragraph 4.2.126 speak for themselves, and no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.126.

4.2.127    To the extent the allegations in Paragraph 4.2.127 state a legal conclusion, no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.127.

4.2.128    To the extent the allegations in Paragraph 4.2.128 state a legal conclusion, no answer is required. To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.128.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696

4.2.129    To the extent the allegations in Paragraph 4.2.129 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants answer that Incident Reports and Comment Sheets are reviewed.  Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.129.

4.2.130    To the extent the allegations in Paragraph 4.2.130 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.2.130.

**4.3**

4.3.1    Defendants answer that the documents referenced in Paragraph 4.3.1 speak for themselves, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.1.

4.3.2    Defendants answer that the document referenced in Paragraph 4.3.2 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.2.

4.3.3    Defendants answer that the document referenced in Paragraph 4.3.3 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.3.

4.3.4    Defendants answer that the document referenced in Paragraph 4.3.4 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.4.

4.3.5    Deny.

4.3.6    Deny.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.3.7  Deny.

4.3.8  Defendants answer that the document referenced in Paragraph 4.3.8 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.8.

4.3.9  To the extent the allegations in Paragraph 4.3.9 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.3.9.

4.3.10  Deny.

4.3.11  Deny.

4.3.12  Deny.

4.3.13  Defendants answer that the document referenced in Paragraph 4.3.13 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.13.

4.3.14  Deny.

4.3.15  Defendants answer that the document referenced in Paragraph 4.3.15 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in paragraph 4.3.15.

4.3.16  To the extent the allegations in Paragraph 4.3.16 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.3.16.

4.3.17  To the extent the allegations in Paragraph 4.3.17 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants answer the Mr. Murphy

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

informed Defendant Greg Reynvaan that M.D. had been put on special programming.  Except as expressly admitted, Defendants deny the remaining allegations, if any, contained in Paragraph 4.3.17.

4.3.18  Deny.

4.3.19  Deny.

4.3.20  Defendants answer that the document referenced in Paragraph 4.3.20 speaks for itself, and no answer is required.  To the extent an answer is required, Defendants answer that Mr. Reynvaan and Mr. Murphy were suspended without pay for 7 and 30 days, respectively.

4.3.21  Defendants answer that M.D. was released from the Grays Harbor Juvenile Detention Center on April 27, 2016.

4.3.22  To the extent the allegations in Paragraph 4.3.22 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.3.22.

**4.4**

4.4.1   To the extent the allegations in Paragraph 4.4.1 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.1.1.

4.4.2   To the extent the allegations in Paragraph 4.4.2 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.2.

4.4.3   Defendants answer that the document referenced in Paragraph 4.4.3 speaks for itself, and no answer is required.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

4.4.4   Defendants lack knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.4.4 and therefore deny them.

4.4.5   Defendants lack knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.4.5 and therefore deny them.

4.4.6   Defendants answer that the documents referenced in Paragraph 4.4.6 speak for themselves, and no answer is required.

4.4.7   To the extent the allegations in Paragraph 4.4.7 state a legal conclusion, no answer is required.  Defendants further answer that the document referenced in Paragraph 4.4.7 speak for itself, and no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.7.

4.4.8   To the extent the allegations in Paragraph 4.4.8 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.8.

4.4.9   To the extent the allegations in Paragraph 4.4.9 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.9.

4.4.10  To the extent the allegations in Paragraph 4.4.10 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.10.

4.4.11  To the extent the allegations in Paragraph 4.4.11 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 4.4.11.

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

1     4.4.12 To the extent the allegations in Paragraph 4.4.12 state a legal conclusion, no

2 answer is required.  To the extent an answer is required, Defendants deny the remaining

3 allegations, if any, contained in Paragraph 4.4.12.

4     4.4.13 To the extent the allegations in Paragraph 4.4.13 state a legal conclusion, no

5 answer is required.  To the extent an answer is required, Defendants deny the remaining

6 allegations, if any, contained in Paragraph 4.4.13.

7     4.4.14 To the extent the allegations in Paragraph 4.4.14 state a legal conclusion, no

8 answer is required.  To the extent an answer is required, Defendants deny the remaining

9 allegations, if any, contained in Paragraph 4.4.14.

10     4.4.15 To the extent the allegations in Paragraph 4.4.15 state a legal conclusion, no

11 answer is required.  To the extent an answer is required, Defendants deny the remaining

12 allegations, if any, contained in Paragraph 4.4.15.

## V. <u>CAUSES OF ACTION</u>

5.1     To the extent the allegations in Paragraph 5.1 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 5.1.

5.2     To the extent the allegations in Paragraph 5.2 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 5.2.

5.3     To the extent the allegations in Paragraph 5.3 state a legal conclusion, no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations, if any, contained in Paragraph 5.3.

ANSWER TO COMPLAINT FOR
DAMAGES- 32

No. 3:17-cv-05186-RBL

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

# VI.  PLAINTIFF'S REQUESTED RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants deny that Plaintiff is entitled to any of the relief requested in his complaint.

# VII.  AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND DEFENSE, Defendants assert the following affirmative defenses:

1.      Those defenses enumerated in Fed. R. Civ. P. 12(b), which at the option of the pleader are being asserted herein rather than by motion, pending further discovery.

2.      The Plaintiff has failed to state a claim upon which relief can be granted.

3.      The alleged actions of the Defendants were made in good faith, without malice and/or performed in the reasonable belief that those actions were authorized by and in accord with existing law and authority.

4.      The Plaintiff's rights, privileges, and immunities secured under the Constitution, or laws of the United States, have not been violated by any alleged action of the Defendants.

5.      Some of all of the Plaintiff's claims are barred by the applicable statute of limitations.

6.      The Plaintiff's alleged damages, if any, were caused, or are attributable to, his own acts or omissions, or the acts or omissions of persons or entities other than the Defendants.

7.      Some or all of the Plaintiff's claims are moot and therefore this case does not constitute a viable case or controversy.

8.      The Plaintiff has failed to join an indispensable party.

9.      Some or all of the Defendants enjoy qualified immunity from Plaintiff's claims.

ANSWER TO COMPLAINT FOR
DAMAGES- 33

No. 3:17-cv-05186-RBL

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

10.     Some or all of the Plaintiff's claims may be barred in whole or in part by the doctrine of absolute immunity.

11.     The Defendants reserve the right to assert any additional defenses or affirmative defenses that may apply pending further discovery, and nothing contained in this Answer to the Plaintiff's Complaint should be construed as a waiver of any such additional defenses.

## VIII.  DEFENDANTS' REQUESTED RELIEF

WHEREFORE, having fully answered the Plaintiff's Complaint and having stated its affirmative defenses, the Defendants respectfully request the following relief:

A.      That the Plaintiff's Complaint be dismissed with prejudice and without costs;

B.      That Defendants be awarded any attorney's fees and costs and any other statutory costs and disbursements herein;

C.      For such other and further relief as the Court deems just and proper.

//

//

DATED this 5th day of April, 2017.

MICHAEL & ALEXANDER PLLC

By: /s/Suzanne Kelly Michael
Suzanne Kelly Michael, WSBA No. 14072
Suzanne@michaelandalexander.com

By: /s/Kathleen A. Kline
Kathleen A. Kline, WSBA No. 47145
Kathleen@michaelandalexander.com

Attorneys for Defendants

ANSWER TO COMPLAINT FOR
DAMAGES- 34

No. 3:17-cv-05186-RBL

MICHAEL & ALEXANDER PLLC
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA  98101
(206) 442-9696

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF UNDER 42 U.S.C. § 1983 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Whedbee, WSBA #35977
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, WA 98104
Email: davidw@mhb.com
Fax: (206) 343-3961
Attorney for Plaintiff

DATED this 5th day of April, 2017.

/s/ Suzanne Kelly Michael
Suzanne Kelly Michael

CERTIFICATE OF SERVICE

No. 3:16-cv-05609-KLS

**MICHAEL & ALEXANDER PLLC**
One Convention Place
701 Pike Street, Suite 1150
Seattle, WA 98101
(206) 442-9696