**EXHIBIT 4**

MacDonald Hoague & Bayless
AUG 29 2017

THE **SUPERIOR COURT** OF WASHINGTON
GRAYS HARBOR COUNTY

STEPHEN E. BROWN, JUDGE
DAVID L. EDWARDS, JUDGE
F. MARK McCAULEY, JUDGE
   (360) 249-5311 Ext 4
JAMIE BATES, ADMINISTRATOR
   (360) 249-5311 Ext 3

102 W. BROADWAY
ROOM 305
MONTESANO, WASHINGTON 98563

August 24, 2017

David J. Whedbee
McDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, WA 98104

Re:   *Doe vs. Grays Harbor County*

Dear Mr. Whedbee:

Pursuant to paragraphs 5(a) and 5(b) of the Settlement Agreement and Release executed on June 26, 2017 in the matter referenced above, please find the revised policies regarding discipline and use of room restriction, confinement and isolation for the Grays Harbor County Juvenile Detention Center. I am also enclosing copies of the documents we are using to confirm that all employees are completing their review and self-training regarding this revised policy. We will certify by December 1, 2017 that all staff members have completed this training.

Very truly yours,

David L. Edwards
Superior Court Judge

DLE/bmm
bcc:  Marilyn Lewis
      Suzanne Michael
      Joy Carrossino