**EXHIBIT 6**

# David J. Whedbee

| | |
|---|---|
| **From:** | Suzanne Michael <Suzanne@michaelandalexander.com> |
| **Sent:** | Monday, October 23, 2017 12:19 PM |
| **To:** | David J. Whedbee; Kathleen Kline |
| **Cc:** | Nancy Talner (TALNER@aclu-wa.org) |
| **Subject:** | RE: Doe settlement |

David: I have discussed this with Judge Edwards. We are agreeable to having the Detention Director, Dave Christianson, do an in-person training for juvenile staff on the Grays Harbor juvenile detention training protocol and curriculum. That can be accomplished before December 1.

*Suzanne Kelly Michael*
*Michael & Alexander PLLC*
*One Convention Place*
*701 Pike Street, Suite 1150*
*Seattle, WA  98101*
*(206) 442-9696 (Telephone)*
*(206) 442-9699 (Facsimile)*
*suzanne@michaelandalexander.com*

***Circular 230 Compliance***

*To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax information contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

***Notice:***

*This message and any attachments are confidential, may contain privileged information, and are intended solely for the recipient named above.  If you are not the intended recipient, or an authorized agent for the recipient, you are notified that any review, distribution, dissemination or copying is prohibited.  If you have received this message in error, you should notify the sender by return email and delete the message from your computer system.*

